UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:07-CR-0655-RLH-GWF |
| vs. | ) |
| DAVID JETT | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#116), sentencing having been imposed on February 6, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $150,000.00

**Total Amount of Restitution ordered: $150,000.00\*\***
\*\*Joint and Several with co-defendat Michael Haynes

Dated this _22_ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE